UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASON CAMACHO *and on behalf of all other persons similarly situated,*

                Plaintiff,

    -against-

EMERSON COLLEGE,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/2019

18 CIVIL 10600 (ER)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 15, 2019, Emerson's motion to dismiss the amended complaint under 12(b)(2) is granted, although Camacho is granted leave to refile in a court that can exercise jurisdiction over Emerson; Camacho's request for jurisdictional discovery is denied; accordingly, the case is closed.

**Dated:**  New York, New York
        October 18, 2019

                                                  RUBY J. KRAJICK
                                                  Clerk of Court
                              BY:
                                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 10/18/2019